Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 768 - 1 | **DATE** | 11/16/07 |
| **CASE TITLE** | USA vs. Gregory Tyrone Twyman | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Gregory Tyrone Twyman appears in response to arrest on 11/16/07. Defendant informed of his rights. Enter order appointing Sergio Fidel Rodriguez from the Federal Defender Program as counsel for defendant for initial appearance only. Removal proceedings held. Defendant waives identity hearing; the Court finds that the defendant Gregory Tyrone Twyman is the person named in the arrest warrant. Government seeks detention. Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Order defendant removed in custody to the District of Minnesota, forthwith. Government's oral motion to seal Affidavit of Warrant in Removal is granted.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | LXS |
|---|---|---|

07CR768 - 1 USA vs. Gregory Tyrone Twyman                                    Page 1 of 1