

UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604



FILED
DEC 14 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**MICHAEL W. DOBBINS,**
**CLERK**

OFFICE OF THE CLERK
December 3, 2007

Mr. Richard D. Sletten
Clerk
United States District Court
202 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415



COPY

RECEIVED BY MAIL
DEC 07 2007
CLERK US DIST COURT
MINNEAPOLIS MN

**Re: USA vs. GREGORY TYRONE TWYMAN**

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

_X_ Docket Sheet,　　　　　　　　　_X_ Order of Removal dated: 11/16/07
　　　Case No.: 07 cr 768

_X_ Affidavit in Removal　(Attachment sealed)　____ Final Commitment Proceedings

____ Financial Affidavit　　　　　　____ Temporary Commitment

____ Order appointing counsel　　　____ Order setting conditions of release

____ CJA 20 Form　　　　　　　　____ Detention Order

_X_ Appearance form　　　　　　____ Appearance Bond

　　　　　　　　　　　　　　　____ Other (see docket for entries).

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

　　　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk

　　　　　　　　　　　　　　　　　　by: Yvette Pearson
　　　　　　　　　　　　　　　　　　Yvette Pearson　, Deputy Clerk

Mr. Michael W. Dobbins, Clerk
United States District Court
2050 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

OFFICE OF THE CLERK
ROOM 700 FEDERAL BUILDING
316 NORTH ROBERT STREET
ST. PAUL, MINNESOTA 55101-1460

OFFICIAL BUSINESS



US POSTAGE
$ 00.41
Mailed From 55101
12/11/2007
031A 0002303246

**RECEIVED**

DEC 1 4 2007
Dec 14 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT