UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 768 |
| | ) | |
| GREGORY TYRONE TWYMAN | ) | Magistrate Judge Nolan |

**GOVERNMENT'S MOTION TO
DISMISS REMOVAL COMPLAINT WITHOUT PREJUDICE**

The United States of America, by and through its attorney, PATRICK J. FITZGERALD,

United States Attorney for the Northern District of Illinois, hereby respectfully moves, pursuant to

Federal Rule of Criminal Procedure 48(a), that this court dismiss without prejudice the removal

complaint against defendant in the above-captioned action.  The defendant has been removed to the

District of Minnesota pursuant to the arrest warrant and removal complaint.

Dated: July 1, 2008

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:/s/ Lisa M. Noller
LISA M. NOLLER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604
(312) 353-5314

**Certificate of Service**

The undersigned Assistant United States Attorney hereby certifies that in accordance with

Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5 and the General Order on Electric Case Filing (ECF),

that the

**GOVERNMENT'S MOTION TO**

**DISMISS REMOVAL COMPLAINT WITHOUT PREJUDICE**

was served pursuant to the district court's ECF system as to ECF filers on JULY 1, 2008.


s/Lisa M. Noller
LISA M. NOLLER
Assistant United States Attorney
219 S. Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 353-5314