Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 768 - 1 | **DATE** | 07/01/08 |
| **CASE TITLE** | USA vs. Gregory Tyrone Twyman | | |

**DOCKET ENTRY TEXT**

Enter Order granting MOTION by plaintiff for dismissal of removal complaint without prejudice as to Gregory Tyrone Twyman.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUL -3  AM 10: 40
FILED